Ray Brandt, Trading as Brandt Dairy, Appellee, v. International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers of America, Local 721, et al., Defendants, and Dairy Employees Union, Local 754, et al., Appellants.

Gen. No. 41,155.

Heard in second division, first district, this court; opinion filed April 2, 1940. Ross & Berchem, for appellants; William H. Sloan, for appellee. Opinion by JUSTICE FRIEND. "Not to be published in full."